**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CHANDRA L. GOLDEN,**

**Plaintiff,**

**v.** **Case No: 8:16-cv-624-T-27EAJ**

**MSC CARE MANAGEMENT, INC.,**

**Defendant.**

______________________________________/

**ORDER**

**IT APPEARING** that Plaintiff's Complaint fails to comply with the pleading standards explicated in *Atlantic Bell Corp. v. Twombly*, 550 U.S. 544 (2007) and *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), as well as Federal Rules of Civil Procedure 8 and 10, the Complaint (Dkt. 1) is **STRICKEN**. *See Paylor v. Hartford Fire Ins. Co.*, 748 F.3d 1117, 1125 (11th Cir. 2014). Each count in the Complaint incorporates all of the preceding paragraphs, a hallmark of a shotgun pleading, making it "'virtually impossible to know which allegations of fact are intended to support which claim(s) for relief.'" *Id.* (quoting *Anderson v. Dist. Bd. of Trs. of Cent. Florida Cmty. Coll.*, 77 F.3d 364, 366 (11th Cir.1996)). The proper remedy for a shotgun complaint or a complaint that does not comply with Rule 8(a) is to strike the complaint and order a repleader. *Id.*; *Davis v. Coca-Cola Bottling Co. Consol.*, 516 F.3d 955, 984 (11th Cir. 2008). Plaintiff shall file an Amended Complaint within **fourteen (14) days** of this Order, failing which this case will be dismissed.

**DONE AND ORDERED** this 17th day of March, 2016.

[signature]
**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to: Counsel of Record