United States District Court

Middle District of Florida

Tampa Division

CHANDRA L. GOLDEN, CASE NO: 8:16-CV-624-T27AEP

PLAINTIFF,

v.

MSC CARE MANAGEMENT, INC.,

Defendant.

_______________________________________/

## NOTICE OF SETTLEMENT

In accordance with local rule 3.08 (a) the Plaintiff hereby notifies the court that the parties have reached a settlement agreement.

Respectfully Submitted: This 3rd day of February, 2017

/s/ Frank M. Malatesta Esq.
FRANK M. MALATESTA
Florida Bar No. 0097080
Malatesta Law Office
871 Venetia Bay Blvd., Suite 220
Venice, FL 34285
941.256.3812 PHONE
888.501.3865 FAX
frank@malatestalawoffice.com

**Certificate of Service**

I hereby certify that on this 3rd Day of February, 2017, , I electronically filed the foregoing Notice with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Colin A. Thakkar
colin.thakkar@jacksonlewis.com
Benjamin D. Sharkey
sharkeyb@jacksonlewis.com
Jackson Lewis P.C.
501 Riverside Avenue
Suite 902

/s/ Frank M. Malatesta
Counsel for the Plaintiff