**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CHANDRA L. GOLDEN,**

**Plaintiff,**

**v.** **Case No: 8:16-cv-624-T-27AAS**

**MSC CARE MANAGEMENT, INC.,**

**Defendant.**

______________________________/

**ORDER**

The Court has been advised that this case has been settled (Dkt. 20). Accordingly, pursuant to Local Rule 3.08(b), M.D. Fla., this cause is **DISMISSED** ***without prejudice*** and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that sixty (60) day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to **CLOSE** the file.

**DONE AND ORDERED** this 6th day of February, 2017.

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record